FILED

JUN 01 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

1 :26 CV 01248

JUDGE POLSTER

MAG. JUDGE SHEPERD

**Barbara J. Hobbs, Plaintiff**

v.

**City of Euclid; Euclid Police Department; Officer Christopher Frato; Unknown Narcotics Officers; Nina M. Sakal; and All Other Unknown Parties, Defendants**

**CIVIL COMPLAINT FOR DAMAGES (42 U.S.C. § 1983)**

**1. Jurisdiction and Venue**

This action arises under the Fourth Amendment and 42 U.S.C. § 1983. Venue is proper in the Northern District of Ohio.

**2. Parties**

Plaintiff Barbara J. Hobbs is the homeowner of 26300 Briardale, Euclid, Ohio.

Defendants include the City of Euclid, its police department, Officer Christopher Frato, narcotics officers, and Nina M. Sakal.

**3. Statement of Facts**

On February 17, 2026, officers forcibly entered Plaintiff's residence using a battering ram without proper identification.

Plaintiff, an elderly cancer patient, was detained while officers conducted a destructive search.

The warrant lacked specificity, probable cause, and scope, resulting in a general exploratory search.

Property was damaged, containers broken, and items seized including phones without lawful justification.

**4. Claims for Relief**

Count I – Fourth Amendment Violation (Unreasonable Search and Seizure)

Count II – Excessive Force

Count III – Municipal Liability (Failure to Train/Supervise)

Count IV – Civil Conspiracy

Count V – Intentional Infliction of Emotional Distress

**5. Damages**

Plaintiff suffered property damage, emotional distress, loss of property, and constitutional violations.

**6. Relief Requested**

Plaintiff requests judgment against Defendants in the amount of $3,500,000, return of property, repair costs, and all equitable relief.

**Respectfully submitted,**

Barbara J. Hobbs

**SETTLEMENT DEMAND LETTER**

Re: Constitutional Violations, Unlawful Search, Property Damage, and Civil Rights Claims

Claimants: Barbara J. Hobbs and Kenneth L. Hobbs

Property: 26300 Briardale, Euclid, Ohio 44132

To Whom It May Concern:

This letter serves as a formal demand for settlement arising from egregious violations of the Fourth Amendment and Ohio law committed by officers of the Euclid Police Department during the execution of a search on February 17, 2026.

**FACTUAL BASIS**

Officers forcibly entered the residence using extreme force, failed to properly announce, and conducted a destructive and overbroad search. Property was damaged, personal belongings were destroyed or seized, and occupants were detained without lawful justification.

The warrant lacked particularity and probable cause, and the search exceeded any lawful scope, constituting an unconstitutional general search.

**LEGAL VIOLATIONS**

Violations include but are not limited to:

- Fourth Amendment (Unreasonable Search and Seizure)

- 42 U.S.C. § 1983 Civil Rights Violations

- Excessive Force

- Unlawful Seizure of Property

- Trespass and Property Damage under Ohio law

- Intentional Infliction of Emotional Distress

**DAMAGES**

Claimants have suffered extensive damages including:

- Structural property damage

- Loss and destruction of personal property

- Emotional distress and trauma

- Medical impact on an elderly cancer patient

- Loss of use and enjoyment of property

**SETTLEMENT DEMAND**

In order to resolve this matter without further litigation, Claimants demand the sum of **$3,500,000.00**.

This amount reflects compensatory damages, punitive damages, and all associated losses.

**DEMAND DEADLINE**

You are hereby given fourteen (14) days from receipt of this letter to respond.

Failure to respond will result in continued litigation, including aggressive discovery, depositions, and pursuit of full damages in federal court.

This letter is sent in good faith in an effort to resolve this matter. However, Claimants are fully prepared to proceed through all stages of litigation.

Sincerely,

Barbara J. Hobbs

Kenneth L. Hobbs