# All Damages

1 Front Door

2open vent basement

3front porch

4broken controllers

5 broken treadmill

6 broken vent attic

7 broken remotes

8 busted tv

9 broken sliding attic door

10 missing souvenir % two dollar bills

11Lost coin collection

12 missing tazer

14 missing chain

15 broken lock boxes @x

16 missing cell phones'

17 taken property from police

18 broken porch rail an step damage

19) 50 Days Jail

20) Kenneth Blanchard Films LLC (Lost wages)

21) Mega Marketing and Development LLC (Lost wages)

Pictures upon request would like items back

Barbara hobbs