EUCLID POLICE DEPARTMENT
NARCOTICS AND VICE DIVISION

# CONSENT SEARCH / SEARCH WARRANT INVENTORY SHEET

DATE: 2 11 2026 ADDRESS 26300 [illegible]
CASE NO. 26-00289 SEARCH TEAM B.A / S.M.R / J.A / C.F / K.H / J.K
TIME STARTED 0600 TIME CONCLUDED 0925

| NO. | TIME SEIZED | DESCRIPTION OF EVIDENCE | LOCATION FOUND | FOUND/ SEIZED BY |
|---|---|---|---|---|
| 1 | 0621 | Misc unknown Pills | Basement shelf | K.H |
| 2 | 0623 | Baggie w/ white Powder | Upstairs Bedroom | S.M.R J.A |
| 3 | 0624 | Three (3) Black cell phones | Upstairs Bedroom | S.M.R J.A |
| 4 | 0625 | Digital Scale w/ Residue | Upstairs Bedroom | S.M.R J.A |
| 5 | 0626 | Broken Blue Pill | Upstairs Bedroom | S.M.R J.A |
| 6 | 0615 | Straw + Plastic Card w/ Residue | Basement Table | C.F |
| 7 | 0620 | Tear off | Basement Trash Can | C.F |
| 8 | 0630 | Tear off | Basement Bathroom | C.F |
| 9 | 0629 | Baggie w/ white rocks | Upstairs Bedroom | S.M.R J.A |
| 10 | 0642 | Blender w/ residue | Garage | K.H C.F |
| 11 | 0643 | Hot plate w/ residue | Garage | K.H C.F |
| 12 | 0653 | Baggie w/ white Powder | Upstairs Bedroom | S.M.R J.A |

COPY OF INVENTORY GIVEN TO Left on Scene
WITNESS Det. [illegible] #80
WITNESS [illegible]

PAGE 1 OF 2 PAGES

FORM: EPD-210

Case: 1:26-cv-01248-DAP Doc #: 1-5 Filed: 06/01/26 2 of 2. PageID #: 12

# EUCLID POLICE DEPARTMENT
## NARCOTICS AND VICE DIVISION

### CONSENT SEARCH / SEARCH WARRANT INVENTORY SHEET

DATE: 2-19-2026 ADDRESS 21300 Brandon Ave

CASE NO. 26-00729 SEARCH TEAM B.B/S.M.R/J.A/C.I/K.H/J.H

TIME STARTED 0600 TIME CONCLUDED ~~26-00~~ 0725 B.B

| NO. | TIME SEIZED | DESCRIPTION OF EVIDENCE | LOCATION FOUND | FOUND/ SEIZED BY |
|---|---|---|---|---|
| 13 | 0654 | Digital Scale w/ Residue | Upstairs Bedroom | S.M.R J.A |
| 14 | 0655 | Digital Scale w/ Residue | Upstairs Bedroom | S.M.R J.A |
| 15 | 0704 | .22 Handgun unknown Serial number | Back Seat of Hyundai | K.H |
| 16 | 0705 | [illegible] | Driver Floor Board | K.H |
| 17 | 0705 | Two (2) Digital Scales | Back Seat of Hyundai | K.H |
| 18 | 0710 | Box of .45 Cal Ammo | Upstairs Bedroom | S.M.R J.A |
| 19 | 0705 | $1205: 1/ 5's 2/ 2's 4/ 1's 1 | Upstairs Bedroom | S.M.R J.A |
| | | Nothing Follows #20 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

COPY OF INVENTORY GIVEN TO Left on Scene

WITNESS Det Ben Bach #82

WITNESS [illegible]

PAGE 2 OF 2 PAGES

FORM: EPD-210