ORIGINAL

STATE OF OHIO ) COURT OF COMMON PLEAS
) CRIMINAL DIVISION
COUNTY OF CUYAHOGA ) SEARCH WARRANT

TO: THE CHIEF OF POLICE OF THE EUCLID POLICE DEPARTMENT, AND DETECTIVE CHRISTOPHER FRATO, BADGE #48, A MEMBER OF SAID DEPARTMENT, AND/OR ANY AND ALL LAW ENFORCEMENT OFFICERS AS NEEDED.

Whereas there has been filed with me an affidavit attached hereto and designated as Exhibit A, wherein the Affiant avers that Affiant has probable cause to believe, and does believe that in the premises, all common and storage areas, garages, its curtilage, and all persons present therein, known as **26300 Briardale Avenue, Euclid, Cuyahoga County, Ohio,** more particularly described as a yellowish / tan in color sided home, with brick fascia on the front of the home, with a white in color front door, with a white in color pillar near an attached garage, and the numbers of 26300 affixed to the right side of the front door in black in color lettering, and the front door of "23600 Briardale Boulevard" faces Briardale Avenue , there is now being unlawfully kept, concealed, and possessed the following:

- A Color: White, Make: Hyundai, Model: Sonata, Vehicle Identification Number: 5NPEB4AC0BH155864, bearing State of Ohio registration: KNX9667, which is registered to Barbara Hobbs.

- Cocaine and other narcotic drugs, and/or controlled substances; instruments and paraphernalia used in taking or preparing drugs for sale, use, or shipment; safes; records of illegal transactions, articles of personal property, and papers tending to establish the identity of the persons in control of the premises; other contraband, including, but not limited to, money, communications equipment, and weapons.

being illegally possessed therein; and/or any and all evidence pertaining to the violations of the drug laws of the State of Ohio, to wit: Chapter 2925 of the Revised Code.

I am satisfied that there is probable cause to believe that the property described is being concealed in the premises, all common and storage areas, garages, its curtilage, and all persons present therein and that grounds for issuance of this search warrant exist.

THEREFORE: You are hereby commanded in the name of the State of Ohio, with the necessary and proper assistance, to serve this warrant and search forthwith the premises known as **23600 Briardale Avenue, Euclid, Cuyahoga County, Ohio,** all common and storage areas, garages, its curtilage, and all persons present therein This warrant must be executed within three (3) days of the date hereof and may be executed in the **day or night** season. If the property or any part thereof be found there, you are commanded to seize it, leaving a copy of this warrant and a receipt for the property taken, to prepare a written inventory of the property seized, to return this warrant to the undersigned or any Judge of the Court of Common Pleas, and to bring the property found on such search forthwith before said Judge, or any other judge or magistrate of the county having cognizance thereof.

Given under my hand this 17th day of February 2026.

JUDGE, COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO